

# Fourth Court of Appeals
## San Antonio, Texas

May 7, 2025

No. 04-25-00058-CV

**IN RE** Shana L. **ROBINSON** and
ROBINSON-BARRETT INSURANCE SERVICES, LLC, Relators

Original Proceeding[1]

**ORDER**

Sitting:    Lori I. Valenzuela, Justice
           Lori Massey Brissette, Justice
           Adrian A. Spears II, Justice

On January 28, 2025, relators Shana Robinson and Robinson-Barrett Insurance Services, LLC filed a petition for writ of mandamus asking this Court to vacate a trial court order granting the real-parties-in-interest's motion to disqualify George E. Hyde as counsel for relators. Relators filed an amended petition for writ of mandamus on March 3, 2025. This court requested a response, which was filed on April 14, 2025. After considering the petition, the response, all exhibits attached thereto, and the mandamus record, the court has determined that relator is not entitled to the relief sought. Therefore, the petition for a writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on May 7, 2025.

_____
Lori Massey Brissette, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of May, 2025.

_____
Caitlin A. McCamish, Clerk of Court

---

[1]This proceeding arises out of Cause No. 2024I05258 pending in the 57th Judicial District, Bexar County, Texas. Judge Rosie Alvarado presided over the matter at issue.